# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANS C. EHNERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-1139 |
| ) | |
| WASHINGTON PENN PLASTIC CO., ) | |
| INC. ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

**David S. Cercone, United States District Judge.**

This case was commenced on July 28, 2016, and was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On August 21, 2018, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 72) ("the R&R") recommending that the motion for summary judgment (ECF No. 47) filed by Washington Penn Plastic Co., Inc. be granted. Plaintiff filed timely Objections to the Report and Recommendation on September 7, 2018. (ECF No. 73).

The Court finds that Plaintiff's Objections do not undermine the recommendation of the Magistrate Judge. Accordingly, the court will adopt the R&R as the opinion of the court and grant summary judgment in favor of Defendant.

After de novo review of the entire record, including the parties' briefs, concise statements of material fact, appendices, and relevant case law, together with the R&R, and the Objections thereto, the following order is entered:

**AND NOW**, this 24th day of September, 2018, it is hereby ORDERED, ADJUDGED and DECREED that motion for summary judgment (ECF No. 47) filed by Washington Penn Plastic Co., Inc. be granted.

So **ORDERED** this 24th day of September, 2018.

s/ David Stewart Cercone<br>
David Stewart Cercone<br>
United States District Judge

cc: all registered users of CM-ECF

**HANS C. EHNERT**
1082 Lynn Portal Road
Washington, PA 15301